VOL. 81, JANUARY TERM, 1921.          219

Schumacher et al. v. The Penn Mut. Life Ins. Co.—Decision of Court.

EFFIE W. SCHUMACHER AND EFFIE W. SCHUMACHER AS
GUARDIAN *ad litem of* JAMES M. SCHUMACHER, AN IN-
SANE PERSON, AND EFFIE W. SCHUMACHER, AS ADMINIS-
TRATRIX *ad litem* OF THE ESTATE OF JAMES M. SCHU-
MACHER, DECEASED, *Appellants,* v. THE PENN MUTUAL
LIFE INSURANCE COMPANY, A CORPORATION, *Appellee.*

Decision Filed February 24, 1921.

An Appeal from a Decree of the Circuit Court within
and for the County of Duval; Daniel A. Simmons, Judge.

*Herbert L. Anderson,* for Appellants;

*W. M. Bostwick, Jr., Maynard Ramsey* and *John E.
Matthews,* for Appellee.

PER CURIAM.—This cause having been heretofore sub-
mitted to the court upon the transcript of the record of
the decree aforesaid, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the court being now advised of its
judgment to be given in the premises, it seems to the court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the court that the
said decree of the Circuit Court be, and the same is here-
by, affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.